IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEMEO, et al., | No. CIV S-11-1158-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |
| _____/ | |

   Plaintiffs, proceeding in this action *in propria persona*, bring this civil action related to the foreclosure of their property.  Originally filed in the Shasta County Superior Court, this action was removed to this court on April 29, 2011.  Pending before the court is the defendants' motion to dismiss (Doc. 6), and motion to strike (Doc. 7).  These motions were originally set for hearing before the District Court on July 20, 2011.  In the interim, however, plaintiffs' counsel filed a motion to withdraw from this action, and both motions were continued to August 2, 2011.  The motion to withdraw was unopposed, and the District Court summarily granted the motion.  No substitute counsel has appeared on plaintiffs' behalf,  so this action will continue with plaintiffs appearing *in propria persona*.

/ / /

1

1       Once the motion to withdraw was granted, the District Court referred this matter
2  to the undersigned for all pending and future proceedings pursuant to Local Rule 302.  As such,
3  the hearing on the pending motions was continued to a date to be determined by the undersigned.
4  The hearing on the pending motion is therefore reset to October 19, 2011, at 10:00 a.m.  A
5  review of the docket shows no opposition to either motion has been filed by plaintiffs.  Plaintiffs
6  are cautioned that opposition papers shall be filed in accordance with Local Rule 230(c).  **Failure**
7  **to comply with this local rule may be deemed consent to the motion and the court may**
8  **dispose of the motion summarily.**  Brydeges v. Lewis, 18 F.3d 651, 652-53 (9th Cir. 1994).
9       Accordingly, IT IS HEREBY ORDERED that the hearing on the pending motion
10 to dismiss and motion strike is reset for October 19, 2011, at 10:00 a.m., before the undersigned
11 in Redding, California.

13  DATED:  September 20, 2011

                                    _____
15                                  **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE