UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEMEO, an individual; HALEY MEMEO, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.; FIDELITY NATIONAL TITLE INSURANCE CO; WELLS FARGO HOME MORTGAGE; HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO MORTGAGE BACKED SECURITIES 200-16 TRUST (erroneously sued as HSBC Bank USA As Trustee for Wells Fargo Mortgage Backed Securities 2007-16 Trust); CAL-WESTERN RECONVEYANCE CORP. and DOES 1-100 inclusive,<br><br>        Defendants. | Case No. 2:11-CV-01158 JAM-CMK<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

    This matter comes before the Court on Defendant Wells Fargo Bank, N.A. (also sued as Wells Fargo Home Mortgage and erroneously sued as Wells Fargo Asset Securities Corp); HSBC Bank USA, National Association as Trustee for Wells Fargo Mortgage Backed Securities 2007-16 Trust's ("Defendants") Motion to Dismiss (Doc. #6) and Plaintiffs Anthony Memeo and Haley Memeo's ("Plaintiffs") Complaint

1

(Doc. #1), pursuant to Federal Rules of Civil Procedure 12(b)(6). Plaintiffs did not oppose the Motion to Dismiss.[1]

Plaintiffs did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiffs' counsel, Michael Perra, $150.00 unless he shows good cause for his failure to comply with the Local Rules.

## ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE. Accordingly, Plaintiffs' Motion to Remand (Doc. #15) is moot. It is further ordered that within ten (10) days of this Order, Michael Perra shall either (1) pay sanctions of $150.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: December 13, 2011

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was originally scheduled for December 7, 2011.