UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEMEO, an individual;<br>HALEY MEMEO, an individual,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; FIDELITY<br>NATIONAL TITLE INSURANCE CO;<br>WELLS FARGO HOME MORTGAGE; HSBC<br>BANK USA, NATIONAL ASSOCIATION<br>AS TRUSTEE FOR WELLS FARGO<br>MORTGAGE BACKED SECURITIES 200-<br>16 TRUST (erroneously sued as<br>HSBC Bank USA As Trustee for<br>Wells Fargo Mortgage Backed<br>Securities 2007-16 Trust); CAL-<br>WESTERN RECONVEYANCE CORP. and<br>DOES 1-100 inclusive,<br><br>                    Defendants. | Case No. 2:11-CV-01158 JAM-CMK<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO DISMISS |

     This matter comes before the Court on Defendant Wells Fargo Bank, N.A. (also sued as Wells Fargo Home Mortgage and erroneously sued as Wells Fargo Asset Securities Corp); HSBC Bank USA, National Association as Trustee for Wells Fargo Mortgage Backed Securities 2007-16 Trust's ("Defendants") Motion to Dismiss (Doc. #6) and Plaintiffs Anthony Memeo and Haley Memeo's ("Plaintiffs") Complaint

(Doc. #1), pursuant to Federal Rules of Civil Procedure 12(b)(6). Plaintiffs did not oppose the Motion to Dismiss.[1]

Plaintiffs did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss.  Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, the Court will sanction Plaintiffs' counsel, Michael Perra, $150.00 unless he shows good cause for his failure to comply with the Local Rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.  Accordingly, Plaintiffs' Motion to Remand (Doc. #15) is moot.  It is further ordered that within ten (10) days of this Order, Michael Perra shall either (1) pay sanctions of $150.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: December 13, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  The hearing was originally scheduled for December 7, 2011.