UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY MEMEO, et al., | No.  2:11-CV-1158 JAM-CMK |
|---|---|
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

1

assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 9, 2014.                    /s/ JOHN A. MENDEZ_____
                                       HONORABLE JOHN A. MENDEZ
                                       United States District Judge